SO ORDERED: March 25, 2016.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 08/2015)

In re:

**LaMonica Yvonne Kimmons**,
Debtor.

Case No. **16–01315–JMC–13**

### ORDER

A(n) Motion Objecting to Discharge was filed on March 3, 2016, by U.S. Trustee.

**IT IS ORDERED** that the Motion Objecting to Discharge is **GRANTED**.

**IT IS FURTHER ORDERED** that the discharge is **DENIED**.

The U.S. Trustee must distribute this order.

###