UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF04006 (rev 01/2016)

In re:

**LaMonica Yvonne Kimmons**,
SSN: xxx–xx–7223    EIN: NA
    4632 Englewood Drive
    Indianapolis, IN 46226
        Debtor.

Case No. **16–01315–JMC–13**

## NOTICE OF NO DISCHARGE

**NOTICE IS GIVEN** that the discharge of the debtor was denied by an order dated March 25, 2016.

Dated:  March 25, 2016

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court