# Notice Recipients

District/Off: 0756−1              User: hmbutler              Date Created: 3/25/2016
Case: 16−01315−JMC−13    Form ID: SF04006           Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr  | John Morgan Hauber | ecfmail@hauber13.com |
| aty | Darrell J. Dolan | dolanbankruptcy@aol.com |
| aty | Joseph F McGonigal | joe.mcgonigal@usdoj.gov |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | LaMonica Yvonne Kimmons | 4632 Englewood Drive    Indianapolis, IN 46226 |
| 13798526 | IU Health | 340 W. 10th Street    Indianapolis, IN 46206 |
| 13798527 | Joe's Auto Sales | 3421 W. Washington Street    Indianapolis, IN 46222 |
| 13798528 | Lora Williams | PO Box 43    Greensburg, IN 47240 |
| 13798529 | MC Spr 10−1601CC000231 | 200 E. Washington St Rm 1441    Indianapolis, IN 46204 |
| 13798530 | Shadeland Terrace | 4620 Englewood Drive    Indianapolis, IN 46226 |
| 13799797 | U.S. Attorney's Office | 10 W Market St Ste 2100    Indianapolis IN 46204−3048 |
| 13798531 | US Dept of Education | PO Box 5609    Greenville, TX 75403−5609 |

TOTAL: 8