UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LaMonica Yvonne Kimmons, | ) CASE NO. 16-01315-JMC-13 |
| | ) |
| DEBTOR. | ) |
| | ) |

### AGREED ENTRY

To resolve pending issues between the parties, it is agreed as follows:

**Debtor shall pay $1,090.00 for the period of April 2, 2016 through October 2, 2017 (19 months); thereafter, commencing November 2, 2017, debtor shall pay $86.00 per month for approximately 17 additional months until the plan base of $2,520.00 is reached.**

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve this Agreed Entry.

DATE: 10-25-17

_____
CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 10-25-17

_____
DEBTOR'S COUNSEL

DATE: 10-25-17

_____
DEBTOR By Counsel Darnell D. Lan