UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:   LaMonica Kimmons
DEBTOR(S)

CASE # 16-01315-JMC-13

**SUBMISSION FOR ENTRY OF CHAPTER 13 CLOSING
and
DEBTOR'S CERTIFICATION OF NON-ELIGIBILITY**

Debtor(s), by counsel, hereby move the Court to close the Chapter 13 as they are not eligible for a discharge due to a prior chapter 7 filing within 4 years of this case.

Respectfully Submitted,   /s/ Darrell J. Dolan
Darrell J. Dolan
6525 E. 82nd Street, Suite 102
Indianapolis, IN 46250
Phone  (317) 842-0022
Fax     (317) 842-2216
Darrell@attorneydolan.com

I certify this document was sent to the U.S. Trustee, Trustee, and all parties receiving notice through CM/ECF on May 6, 2019.
/s/ Darrell J. Dolan